**Electronically Filed
Supreme Court
SCWC-24-0000020
29-JUL-2026
01:52 PM
Dkt. 13 ODAC**

SCWC-24-0000020

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RAYLANI F. LUPTON,
Respondent/Petitioner-Appellee,

vs.

KEITH D. KARDASH,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000020; CASE NO. 1DSS-23-0000865)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kawashima, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on June 26, 2026, is rejected.

It is further ordered that the pending motion is denied.

DATED:  Honolulu, Hawai'i, July 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James S. Kawashima

